UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NEW YORK

_____

In Re:

                                    **Chapter:** 13

    Andrew T. Olsen,
    Samantha K. Olsen,

               Debtors.                **Bk No:**

_____

### DEBTOR'S EXHIBIT REGARDING PAYMENT ADVICES

Andrew T. Olsen ("Debtor") and Samantha K. Olsen ("Spouse"), being duly sworn, depose and say:

1.      That they are the debtors herein.

2.      That Debtor's only source of income consists of draws from his company.

3.      That Spouse is employed, payment advices attached hereto.

4.      That as such the Debtors have not received payment from any employer of the Debtor in the past 60 days.

5.      That this Exhibit is submitted in satisfaction of Debtors' duty to provide copies of all payment advices received within 60 days before the date of filing of the petition under 11 U.S.C. §521(a)(1)(B)(iv).

DATED: May 18, 2026

                                      *Andrew T. Olsen*
                                      Andrew T. Olsen

                                      Samantha K. Olsen

**Olsen, Samantha K**

370 Brantwood Rd
Buffalo, NY 14226

| | | | |
|---|---|---|---|
| Id | **6022** | Pay Freq **B** | Fed Tax Status **M-0** |
| SSN | **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** | Salary **3,461.54** (05/06/2024) | State Tax Status **NY S-0** |
| Loc | **Office-** | Hired **05/06/24** | SUI State **NY** |

| Check Date | Hours | | | Earnings | | | | Taxes | | | | Deductions | Net Pay |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Reg | OT | Other | Reg | OT | Other | Gross | FITW | FICA | State | Other | | |
| **Reporting Year: 2025** | | | | | | | | | | | | | |
| 10/22/2025 | 0.00 | 0.00 | 80.00 | | 0.00 | 3,461.54 | 3,461.54 | 0.00 | 264.81 | 168.77 | 14.63 | 0.00 | 3,013.33 |
| 11/05/2025 | 0.00 | 0.00 | 80.00 | | 0.00 | 3,461.54 | 3,461.54 | 0.00 | 264.80 | 168.77 | 14.63 | 0.00 | 3,013.34 |
| 11/19/2025 | 0.00 | 0.00 | 80.00 | | 0.00 | 3,461.54 | 3,461.54 | 0.00 | 264.81 | 168.77 | 14.63 | 0.00 | 3,013.33 |
| 12/03/2025 | 0.00 | 0.00 | 80.00 | | 0.00 | 3,461.54 | 3,461.54 | 0.00 | 264.81 | 168.77 | 14.63 | 0.00 | 3,013.33 |
| 12/17/2025 | 0.00 | 0.00 | 80.00 | | 0.00 | 3,461.54 | 3,461.54 | 0.00 | 264.81 | 168.77 | 14.63 | 0.00 | 3,013.33 |
| 12/31/2025 | 0.00 | 0.00 | 80.00 | | 0.00 | 3,461.54 | 3,461.54 | 0.00 | 264.80 | 168.77 | 14.63 | 0.00 | 3,013.34 |
| **4th Qtr 25** | **0.00** | | **480.00** | **0.00** | | | **20,769.24** | | **1,588.84** | | **87.78** | | **18,080.00** |
| | | **0.00** | | **0.00** | | **20,769.24** | | **0.00** | | **1,012.62** | | **0.00** | |
| **Reporting Year: 2026** | | | | | | | | | | | | | |
| 01/14/2026 | 0.00 | 0.00 | 80.00 | | 0.00 | 3,461.54 | 3,461.54 | 0.00 | 264.81 | 168.77 | 14.63 | 0.00 | 3,013.33 |
| 01/28/2026 | 0.00 | 0.00 | 80.00 | | 0.00 | 3,461.54 | 3,461.54 | 0.00 | 264.80 | 165.58 | 17.68 | 0.00 | 3,013.48 |
| 02/11/2026 | 0.00 | 0.00 | 80.00 | | 0.00 | 3,461.54 | 3,461.54 | 0.00 | 264.82 | 165.58 | 16.15 | 0.00 | 3,014.99 |
| 02/25/2026 | 0.00 | 0.00 | 80.00 | | 0.00 | 3,461.54 | 3,461.54 | 0.00 | 264.80 | 165.58 | 16.16 | 0.00 | 3,015.00 |
| 03/11/2026 | 0.00 | 0.00 | 80.00 | | 0.00 | 3,461.54 | 3,461.54 | 0.00 | 264.81 | 165.58 | 16.15 | 0.00 | 3,015.00 |
| 03/25/2026 | 0.00 | 0.00 | 80.00 | | 0.00 | 3,461.54 | 3,461.54 | 0.00 | 264.80 | 165.58 | 16.15 | 0.00 | 3,015.01 |
| **1st Qtr 26** | **0.00** | | **480.00** | **0.00** | | | **20,769.24** | | **1,588.84** | | **96.92** | | **18,086.81** |
| | | **0.00** | | **0.00** | | **20,769.24** | | **0.00** | | **996.67** | | **0.00** | |
| 04/08/2026 | 0.00 | 0.00 | 80.00 | | 0.00 | 3,461.54 | 3,461.54 | 0.00 | 264.82 | 165.58 | 16.16 | 0.00 | 3,014.98 |
| 04/22/2026 | 0.00 | 0.00 | 80.00 | | 0.00 | 3,461.54 | 3,461.54 | 0.00 | 264.80 | 165.58 | 16.15 | 0.00 | 3,015.01 |
| 05/06/2026 | 0.00 | 0.00 | 80.00 | | 0.00 | 3,461.54 | 3,461.54 | 0.00 | 264.81 | 165.58 | 16.15 | 0.00 | 3,015.00 |
| **2nd Qtr 26** | **0.00** | | **240.00** | **0.00** | | | **10,384.62** | | **794.43** | | **48.46** | | **9,044.99** |
| | | **0.00** | | **0.00** | | **10,384.62** | | **0.00** | | **496.74** | | **0.00** | |
| **Totals** | **0.00** | | **1,200.00** | **0.00** | | | **51,923.10** | | **3,972.11** | | **233.16** | | **45,211.80** |
| | | **0.00** | | **0.00** | | **51,923.10** | | **0.00** | | **2,506.03** | | **0.00** | |

# Pre-Check Detail Listing

## Candlelight Cabinetry Inc

Select: Pay Group is CANLLC
Sort Order: Employee Name (Last, First MI)(Asc)

| EARNINGS | | | | | | | DEDUCTIONS | | TAXES | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Code - Description | Pcs | Hours | Pay rate | Current Amt | Shift | Shift Amt | Code - Description | Amount | Code | Amount | Uncollected |
| **Olsen, Andrew T.** | | Employee Number **001702** | **Pay No: 1** | | Per control 202602051 | | Pay Date 2/5/2026 | Period End Date 2/1/2026 | Job Code 62101 | | |
| REG - Regular Pay | | 40.000000 | 86.5385 | 3,461.54 | Z | | 401P - 401K | 415.38 | NYPFLEE | 14.89 | |
| | | | | | | | HSAF - HSA Family | 75.00 | NYSDIEE | 0.60 | |
| | | | | | | | VIS - Vision | 5.30 | NYSIT | 165.11 | |
| | | | | | | | | | USFIT | 312.87 | |
| | | | | | | | | | USMEDEE | 49.03 | |
| | | | | | | | | | USSOCEE | 209.63 | |
| | | | | **3,461.54** | | | | **495.68** | | **752.13** | |
| | **Total Hours** | **40.000000** | | | | | | | | | |
| **Check Printed:** | | | | **Check Amount:** | 0.00 | | **Direct Deposit:** | 2,213.73 | **Net:** | 2,213.73 | |
| **Olsen, Samantha K.** | | Employee Number **001802** | **Pay No: 1** | | Per control 202602051 | | Pay Date 2/5/2026 | Period End Date 2/1/2026 | Job Code 62101 | | |
| REG - Regular Pay | | 20.000000 | 10.00 | 200.00 | Z | | | | NYPFLEE | 0.85 | |
| | | | | | | | | | NYSDIEE | 0.60 | |
| | | | | | | | | | NYSIT | 1.84 | |
| | | | | | | | | | USMEDEE | 2.90 | |
| | | | | | | | | | USSOCEE | 12.40 | |
| | | | | **200.00** | | | | | | **18.59** | |
| | **Total Hours** | **20.000000** | | | | | | | | | |
| **Check Printed:** | | | | **Check Amount:** | 0.00 | | **Direct Deposit:** | 181.41 | **Net:** | 181.41 | |

# Pre-Check Detail Listing

## Candlelight Cabinetry Inc

Select: Pay Group is CANLLC
Sort Order: Employee Name (Last, First MI)(Asc)

| EARNINGS | | | | | | | DEDUCTIONS | | TAXES | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Code - Description | Pcs | Hours | Pay rate | Current Amt | Shift | Shift Amt | Code - Description | Amount | Code | Amount | Uncollected |

**Olsen, Andrew T.**

| | Employee Number 001702 | **Pay No: 1** | | Per control 202601291 | | | Pay Date 1/29/2026 | Period End Date 1/25/2026 | Job Code 62101 | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| REG - Regular Pay | | 40.000000 | 86.5385 | 3,461.54 | Z | | 401P - 401K | 415.38 | NYPFLEE | 14.90 | |
| | | | | | | | HSAF - HSA Family | 75.00 | NYSDIEE | 0.60 | |
| | | | | | | | VIS - Vision | 5.30 | NYSIT | 165.11 | |
| | | | | | | | | | USFIT | 312.87 | |
| | | | | | | | | | USMEDEE | 49.03 | |
| | | | | | | | | | USSOCEE | 209.64 | |
| | | | | **3,461.54** | | | | **495.68** | | **752.15** | |

| | **Total Hours** | **40.000000** | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **Check Printed:** | | | **Check Amount:** | 0.00 | | | **Direct Deposit:** | 2,213.71 | **Net:** | 2,213.71 | |

**Olsen, Samantha K.**

| | Employee Number 001802 | **Pay No: 1** | | Per control 202601291 | | | Pay Date 1/29/2026 | Period End Date 1/25/2026 | Job Code 62101 | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| REG - Regular Pay | | 20.000000 | 10.00 | 200.00 | Z | | | | NYPFLEE | 0.87 | |
| | | | | | | | | | NYSDIEE | 0.60 | |
| | | | | | | | | | NYSIT | 1.84 | |
| | | | | | | | | | USMEDEE | 2.90 | |
| | | | | | | | | | USSOCEE | 12.40 | |
| | | | | **200.00** | | | | | | **18.61** | |

| | **Total Hours** | **20.000000** | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **Check Printed:** | | | **Check Amount:** | 0.00 | | | **Direct Deposit:** | 181.39 | **Net:** | 181.39 | |